

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2015

No. 04-15-00407-CV

**IN RE ATLANTIC SOUNDING CO., INC.**

Original Mandamus Proceeding[1]

**ORDER**

On July 6, 2015, relator Atlantic Sounding Co., Inc. filed a petition for a writ of mandamus. The court has considered relator's petition, the response and reply of the parties, and has determined that relator is entitled to mandamus relief. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Ana Lisa Garza is ORDERED to vacate the May 12, 2015 order denying relator's motion to transfer venue and issue an order transferring venue to Harris County. The writ will issue only if we are notified that Judge Garza has not done so within fifteen days of the date of this order.

It is so **ORDERED** on December 9, 2015.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. DC-14-844, styled *Juan Gonzalez v. Atlantic Sounding Co., Inc.*, pending in the 229th Judicial District Court, Starr County, Texas, the Honorable Ana Lisa Garza presiding.